**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000104
23-MAY-2019
08:29 AM

NO. CAAP-19-0000104

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MONIQUE C. DE OCAMPO, Plaintiff-Appellant/Cross-
Appellee, v. DAVID A. SOUZA; CAROL J. SOUZA;
ISLAND TOPSOIL, LLC; DANIEL B. PERREIRA; VIRGINIA
C. PERREIRA, Defendants/Cross-Claim Defendants-
Appellees/Cross-Appellees, DOE INDIVIDUALS 1-15;
DOE ENTITIES 1-15, Defendants, and JOHN BURGESS,
TRUSTEE FOR THE JOHN L. BURGESS TRUST; BARBARA K.
BURGESS, TRUSTEE FOR THE BARBARA K. BURGESS TRUST;
YONG SUK POTTS, TRUSTEE FOR THE YONG SUK POTTS
TRUST, Defendants/Cross-Claim Defendants-
Appellees/Cross-Appellees, and ROE DEFENDANTS 1-
100, Defendants
(CIVIL NO. 09-1-2584)


MONIQUE C. DE OCAMPO, Plaintiff/Counterclaim Defendant-
Appellant/Cross-Appellee, v. CITY AND COUNTY OF
HONOLULU, Defendant/Counterclaim Plaintiff/Cross-
Claim Plaintiff-Appellee/Cross-Appellant, and DOE
INDIVIDUALS 1-15; DOE ENTITIES 1-15, Defendants
(CIVIL NO. 10-1-2641)


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Reifurth, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal and Cross-Appeal, filed May 16, 2019, by Plaintiff-
Appellant/Cross-Appellee Monique C. De Ocampo, the papers in
support, and the record, it appears that (1) the appeal has been
docketed; (2) the parties stipulate to dismiss the appeal and

cross-appeal and bear their own attorneys' fees and costs; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, May 23, 2019.

Presiding Judge

Associate Judge

Associate Judge